ORDER   directing clerk's office to transfer files to U.S. District Court for the
Northern Mariana Islands
;   DISTRICT OF HAWAII (00-CV-230)

| Date | # | Description |
|---|---|---|
| 3/28/00 | 1 | COMPLAINT for damages and injunctive relief; demand for jury trial; (Summons(es) issued) (byy) [Entry date 03/29/00] |
| 3/28/00 | 2 | ORDER  by Judge David A. Ezra rule 16 conference set for 8:30 7/3/00  before Mag Judge Francis I. Yamashita (byy) [Entry date 03/29/00] |
| 3/28/00 | -- | FILING FEE PAID  $150.00  receipt #193661 (byy) [Entry date 03/29/00] |
| 4/14/00 | 3 | EX PARTE MOTION for reassignment of related cases and Order by Judge David A. Ezra by plaintiff Doe  I, plaintiff Doe II, plaintiff Doe  III Case reassigned  to Judge David A. Ezra and Mag Judge Leslie E. Kobayashi; declaration of Thomas R. Grande (eps) [Entry date 04/17/00] |
| 5/8/00 | 4 | EX PARTE APPLICATION and Order  by Mag Judge Francis I. Yamashita by defendant Dress Barn, Inc. The for attorney Robert V. Kuenzel to appear pro hac vice; declaration of Robert V. Kuenzel in support of ex parte application; declaration of Thomas R. Sylvester (eps) [Entry date 05/09/00] |
| 5/10/00 | 5 | CERTIFICATE of service (eps) [Entry date 05/11/00] |
| 6/23/00 | 6 | SCHEDULING CONFERENCE STATEMENT; certificate of service - by defendant Dress Barn, Inc. The (eps) [Entry date 06/26/00] |
| 6/23/00 | -- | Docket Modification (Utility Event) adding attorney Thomas R. Sylvester for deft The Dress Barn (eps) [Entry date 06/26/00] |
| 6/29/00 | 7 | Amended SCHEDULING CONFERENCE STATEMENT; certificate of service - by defendant Dress Barn, Inc. The (eps) [Entry date 06/30/00] |
| 6/29/00 | 8 | SCHEDULING CONFERENCE STATEMENT; certificate of service - by plaintiff Doe I, plaintiff Doe  II, plaintiff Doe  III (eps) [Entry date 06/30/00] |
| 7/3/00 | 9 | EP : Rule 16 Scheduling Conference not held.  Kuenzel, Nadler and Sternman by phone. Counsel will be awaiting the result of the Motion for Reconsideration in Civil No. 99-00717DAE-LEK; rule 16 conference set for 9:00 9/5/00 before Mag Judge Leslie E. Kobayashi        ( Ct Rptr : No Record)   JUDGE  Mag Judge Leslie E. Kobayashi (eps) [Entry date 07/05/00] |
| 8/23/00 | 10 | EO : rule 16 scheduling conference set for 9:00 9/5/99 is |

|  |  |  |
|---|---|---|
|  |  | continued to 900 10/16/00 before Mag Judge Leslie E. Kobayashi; Thomas Sylvester to notify all parties ( Ct Rptr : ) Mag Judge Leslie E. Kobayashi (lg) [Entry date 08/25/00] |
| 9/1/00 | 11 | STIPULATION and ORDER by Mag Judge Leslie E. Kobayashi - by plaintiffs (re: provisions of settlement agreements) (ac) [Entry date 09/04/00] |
| 10/10/00 | 12 | EO : rule 16 conference set for 9:00 10/16/00 is contd to 9:00 12/11/00 before Mag Judge Leslie E. Kobayashi; Sandy of Thomas Sylvester's office to notify all parties ( Ct Rptr : ) JUDGE Mag Judge Leslie E. Kobayashi (eps) [Entry date 10/11/00] |
| 11/29/00 | 13 | EO : rule 16 conference set for 9:00 12/11/00 is contd to 9:00 2/12/01 before Mag Judge Leslie E. Kobayashi; Thomas Sylvester to notify all parties ( Ct Rptr : ) JUDGE Mag Judge Leslie E. Kobayashi (eps) [Entry date 12/05/00] |
| 2/1/01 | 14 | EO : Rule 16 Scheduling Conference set for 9:00 2/12/01 is continued to 9:00 4/16/01, LEK. Thomas R. Sylvester to notify all parties. Sylvester to file Status Report regarding related case Civil No. 99-00717DAE-LEK Doe I, et al. Vs. Gap, Inc., et al. and the effect on the above entitled case. cc: Magistrate Judge Leslie E. Kobayashi (via E-mail) rule 16 conference set for 9:00 4/16/01 before Mag Judge Leslie E. Kobayashi ( Ct Rptr : ) JUDGE Mag Judge Leslie E. Kobayashi (eps) [Entry date 02/01/01] |
| 2/12/01 | 15 | Amended SCHEDULING CONFERENCE STATEMENT; certificate of service - by defendant Dress Barn, Inc. The (eps) [Entry date 02/12/01] |
| 4/5/01 | 16 | EO :Rule 16 Scheduling Conference set for 9:00 4/16/01 is moved up to 9:00 4/12/01, LEK as a Status Conference/Rule 16 Scheduling Conference. Thomas Sylvester to notify all parties status conference/rule 16 conference set for 9:00 4/12/01 before Mag Judge Leslie E. Kobayashi ( Ct Rptr : ) JUDGE Mag Judge Leslie E. Kobayashi (byy) [Entry date 04/06/01] |
| 4/12/01 | 17 | EP: : Status Conference/Rule 16 Scheduling Conference - Status Conference held regarding various issues involved with the above entitled actions and the status of CIVIL NO. 99-00717DAE-LEK Doe I, et al. vs. The Gap, Inc., et al. Nadler, Sternman, Downs and Rubin participated by phone. Language for a proposed Stipulation for Transfer of Cases to be drafted and reviewed within the next 7 days, parties to meet and confer and review drafts, etc. By 5/1/01, a Brief Status Report is to be submitted to the Court by the parties regarding: agreements as to jurisdiction, agreements as to the draft of the proposed stipulation and Order, and the Status of Civil No. 99-00717DAE-LEK at the 9th CCA. Further Status Conference set for 9:00 5/3/01, |

|          |    | LEK. ( Ct Rptr : in chambers no record) JUDGE Mag Judge Leslie E. Kobayashi (gab) [Entry date 04/16/01] |
|----------|----|---|

4/27/01  18  EO :Further Status Conference set for 9:00 5/3/01, LEK is Vacated.  Stipulation for Transfer of Case and Order will be submitted on 5/5/01 for Judge David Alan Ezra's consideration.  Thomas R. Sylvester to notify all parties. If for some unforseen circumstance, problems arise regarding the stipulation, Thomas R. Sylvester will contact the Court to reset the Status Conference. cc: Chambers of Magistrate Judge Leslie E. Kobayashi (via E-Mail) ; status conference vacated 4/27/01 before Mag Judge Leslie E. Kobayashi        ( Ct Rptr : ) JUDGE  Mag Judge Kevin S. Chang (eps) [Entry date 04/27/01]

5/18/01  19  STIPULATION and ORDER by Judge David A. Ezra - by plaintiffs - [In Civil 99-00717DAE-LEK Doe vs. Gap the 9CCA issued an order denying plaintiffs' mandamus petition. In summary, if the DOE v. GAP case remains in Hawaii, this case is to remain in Hawaii. If the DOE v. GAP case transferred to Saipan, this case will also be transferred to Saipan.] Pending receipt by this court of the order & pending transferring case (ac) [Entry date 05/24/01]

7/2/01  20  ORDER  by Judge David A. Ezra directing Clerk's Office to Transfer Files to U.S. District Court for the Northern Mariana Islands (cc: all counsel) (gab) [Entry date 07/05/01]

7/6/01  --  TRANSMITTAL of case file and docket to USDC District of Northern Mariana Islands (ac) [Entry date 07/06/01]
;   [MGM EOD 07/13/2001]